UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:04-CR-145 |
| | ) | *Edgar* |
| CECIL HARTMAN | ) | |

## **ORDER**

In accordance with the accompanying memorandum opinion, the motion by defendant Cecil Hartman for judgment of acquittal pursuant to Fed. R. Crim. P. 29(c), or alternatively, motion for a new trial pursuant to Fed. R. Crim. P. 33 [Court Doc. No. 38] is **DENIED**.

SO ORDERED.

ENTER this *5th day of October, 2005*.

                                                  */s/ R. Allan Edgar*
                                          R. ALLAN EDGAR
                              CHIEF UNITED STATES DISTRICT JUDGE